IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 16-153-1 |
| | : | |
| TROY REED | : | |

## ORDER

AND NOW, this 15th day of April, 2026, upon consideration of Troy Reed's pro se motions for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) and appointment of counsel (Dkt. Nos. 231, 237), the Government's response in opposition, and for the reasons stated in the accompanying memorandum, it is **ORDERED** the Motions are **DENIED**.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.